Andrew A. Willaert, Gislason & Hunter, L.L.P., Mankato, for relator.

Patrick W. Kelly, Woodbury, for respondent.

### ORDER

Timothy P. Jung, Cronan Pearson Quinlivan, P.A., Minneapolis, for employee and intervenor-respondent.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed September 12, 2001, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

BY THE COURT:
/s/ PAUL H. ANDERSON
Associate Justice

■

**Benjamin B. WOMACK, Respondent,**

v.

**FIKES OF MINNESOTA, and Western National Mutual Group, Relators,**

**AMCO Insurance Company, Intervenor.**

No. C5–01–1644.

Supreme Court of Minnesota.

Dec. 13, 2001.

Workers' Compensation Court of Appeals; Steven Wheeler, J.

Janet Stellpflug, Aafedt, Forde, Gray & Monson, P.A., Minneapolis, for relator.